[No. 29648-9-II.   Division Two.   December 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v.
PAUL A. ST. LOUIS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-8-00348-9, James E. Warme, J., entered November 20, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.

[No. 30007-9-II.   Division Two.   December 2, 2003.]

VIET H. VO, *Respondent*, v. NGHIA T. TRAN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-3-00167-1, Christine A. Pomeroy, J., entered February 19, 2003. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Houghton, J.

[No. 21416-8-III.   Division Three.   December 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v.
GREGALINE TYLER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-01036-1, James M. Murphy, J., entered August 21, 2002. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 21493-1-III.   Division Three.   December 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY LEE
MCINTOSH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-01537-0, Robert D. Austin, J., entered October 17, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Sweeney, J.